DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTOINE HASTIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3468

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 14-5728CF10A, 14-6270CF10A, 14-6639CF10A, 14-7487CF10A, 15-12620CF10A, 15-1832CF10A, 15-810CF10A.

Antoine Hastie, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***